# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOHN DOES 1-8                                                      PLAINTIFFS

v.                        No. 3:23-cv-230-DPM

EMMETT A. PRESLEY, *et al.*                                        DEFENDANTS

JOHN DOES 9-16                                                     PLAINTIFFS

                        No. 3:24-cv-3-DPM

EMMETT A. PRESLEY, *et al.*                                        DEFENDANTS

JOHN DOES 19-30                                                    PLAINTIFFS

                        No. 3:24-cv-12-DPM

EMMETT A. PRESLEY, *et al.*                                        DEFENDANTS

JOHN AND JANE DOES 101-107                                         PLAINTIFFS

                        No. 3:24-cv-14-DPM

EMMETT A. PRESLEY, *et al.*                                        DEFENDANTS

JOHN DOES 108-113 and
JANE DOES 108-109                                                  PLAINTIFFS

                        No. 3:24-cv-13-DPM

EMMETT A. PRESLEY, *et al.*                                        DEFENDANTS

## ORDER

The defendants have drawn into question the constitutionality of the Justice for Vulnerable Victims of Sexual Abuse Act, ARK. CODE ANN. § 16-118-118.  In May, the defendants notified the Attorney General of Arkansas of their challenge.  *Doc. 61; Doc. 63 at 2, note 2.*  The Court likewise certifies this fact to General Griffin.  Fed. R. Civ. P. 5.1; 28 U.S.C. § 2403(b).  The Court directs the Clerk to send a copy of this Order to:

> The Honorable Tim Griffin
> Attorney General of Arkansas
> 323 Center Street, Suite 200
> Little Rock, Arkansas 72201

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 August 2024