IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DOES 108–113;
JANE DOE 109; and JAMI WELLS                            PLAINTIFFS

v.                     No. 3:24-cv-13-DPM

EMMETT A. PRESLEY, *et al.*                              DEFENDANTS

## JUDGMENT

The plaintiffs' claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2025